IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SANTIAGO USMA FORONDA            :        CIVIL ACTION
                                 :
        v.                       :
                                 :
J.L. JAMISON, et al.             :        NO. 26-2942

ORDER

AND NOW, this 5th day of May 2026, it is hereby

ORDERED that petitioner Santiago Usma Foronda shall not be

transferred out of the Eastern District of Pennsylvania pending

further order of this court.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.