IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANTIAGO USMA FORONDA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, et al. | : | NO. 26-2942 |

ORDER

AND NOW, this 11th day of May 2026, for the reasons stated Coelho Lopes v. Jamison, No. 26-234, 2026 WL 299991 (E.D. Pa. Feb. 4, 2026), and Cunha v. Freden, No. 25-3141, 2026 WL 1146044 (2d Cir. Apr. 28, 2026),[1] it is hereby ORDERED that:

(1)  the Petition for Writ of Habeas Corpus by Santiago Usma Foronda is GRANTED;

(2)  Santiago Usma Foronda is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

(3)  The Government shall RELEASE Santiago Usma Foronda from custody immediately and shall certify compliance with this Order by filing said certification on the docket no later than 12:00 P.M. EST on May 12, 2026;

---

[1]    Respondents continue to cite Buenrostro-Mendez v. Bondi, No. 25-20496, 166 F.4th 494 (5th Cir. Feb. 6, 2026), and Avila v. Bondi, No. 25-3248, 170 F.4th 1128 (8th Cir. Mar. 25, 2026). This court respectfully disagrees with the holdings in both decisions.

(4)   Upon his release, the Government is required to return any personal property of Santiago Usma Foronda, including his identification documents, and any other belonging that he had on his possession when detained;

(5)   The Government is temporarily enjoined from re-detaining Santiago Usma Foronda for seven days following his release from custody;

(6)   If the Government chooses to pursue re-detention of Santiago Usma Foronda after that seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings;

(7)   Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Santiago Usma Foronda from the Eastern District of Pennsylvania before the ordered bond hearing.  If the immigration judge determines that Santiago Usma Foronda is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from the undersigned to move Santiago Usma Foronda if unforeseen or emergency circumstances arise that require him to be removed from the District.  Any such request must include an explanation for the request as well as a proposed destination.  The Court

will then determine whether to grant the request and to permit his transfer; and

(8) The clerk of Court shall mark this case CLOSED.


BY THE COURT:


/s/  Harvey Bartle III
                                                    J.